157 A.3d 841

KATHLEEN ROSSITTO, PLAINTIFF–PETITIONER, v. HOFFMAN–LA ROCHE INC. AND ROCHE LABORATORIES INC., DEFENDANTS–RESPONDENTS.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1236/1237–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.